IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL LIGHTING & SUPPLY, LLC D/B/A CAPITALTRISTATE,<br><br>Defendant. | CIVIL ACTION NO.: |

## COMPLAINT AND JURY DEMAND

Plaintiff Photographic Illustrators Corporation ("PIC" or "Plaintiff") brings this civil action against Capital Lighting & Supply, LLC d/b/a CapitalTristate ("CapitalTristate" or "Defendant").

## THE PARTIES

1. PIC is a Massachusetts corporation with a place of business at 467 Sagamore Street, Hamilton, Massachusetts 01936.

2. On information and belief, Capital Lighting & Supply, LLC d/b/a CapitalTristate is a Virginia corporation having an address at 8511 Pepco Place, Upper Marlboro, Maryland 20772.

## JURISDICTION AND VENUE

3. This is a civil action for injunctive relief and damages for violation of the copyright laws of the United States, 17 U.S.C. §§ 101, et seq.; the Digital Millennium Copyright

Act, 17 U.S.C. §§ 1201, et seq.; and for unfair and deceptive trade practices in violation of Mass. Gen. L. ch. 93A.  Jurisdiction over the state law claim is proper under 28 U.S.C. § 1367.

4. The amount in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, and 1338.

5. CapitalTristate does business in Massachusetts.

6. CapitalTristate operates a commercial website (www.capitaltristate.com, "the CapitalTristate Website").

7. The CapitalTristate Website is accessible from Massachusetts.

8. Through its website, CapitalTristate advertises, sells, and offers for sale lighting products to online visitors, including online visitors located in Massachusetts, and invites visitors to its website to create online accounts.

9. CapitalTristate does not exclude Massachusetts consumers from visiting, interacting with, or making purchases through its website.

10. This Court has personal jurisdiction over CapitalTristate because CapitalTristate: has transacted business in Massachusetts; has contracted to supply products and/or services in Massachusetts; and has injured PIC in Massachusetts by reproducing and distributing PIC's copyrighted images on the CapitalTristate Website (which can be accessed in Massachusetts) to advertise and sell products.

11. Venue is proper in this judicial district under 28 U.S.C. §§ 1391.

## PIC'S COPYRIGHTED IMAGES

12. PIC specializes in photography, including photography of consumer products for catalogs, advertising, and product packaging.

13. Over a span of years dating back to the 1960s, various companies, including Osram Sylvania, Inc. ("Sylvania"), have retained PIC to photograph certain of their products.

14. PIC authored the photographic images referenced above in this Complaint (the "PIC Images"), which were made the subject of 96 copyright applications.  95 of these applications matured into United States Copyright Registration Certificate Nos. VA 1-321-513; VA 1-325-167; VA 1-325-168; VA 1-325-169; VA 1-325-170; VA 1-325-171; VA 1-325-172; VA 1-325-173; VA 1-325-174; VA 1-359-243; VA 1-359-244; VA 1-867-245; VA 1-880-539; VA 1-884-804; VA 1-884-805; VA 1-884-806; VA 1-884-811; VA 1-884-812; VA 1-902-485; VA 1-902-854; VA 1-902-855; VA 1-902-856; VA 1-902-857; VA 1-902-858; VA 1-902-859; VA 1-902-860; VA 1-902-861; VA 1-902-863; VA 1-902-864; VA 1-913-665; VA 1-916-011; VA 1-916-021; VA 1-916-393; VA 1-916-400; VA 1-916-402; VA 1-916-404; VA 1-916-409; VA 1-916-412; VA 1-916-415; VA 1-916-418; VA 1-916-428; VA 1-916-431; VA 1-916-443; VA 1-916-447; VA 1-916-448; VA 1-916-449; VA 1-916-450; VA 1-916-451; VA 1-916-453; VA 1-916-456; VA 1-917-063; VA 1-917-073; VA 1-917-076; VA 1-917-078; VA 1-917-079; VA 1-917-085; VA 1-917-090; VA 1-917-094; VA 1-917-096; VA 1-917-100; VA 1-917-103; VA 1-917-105; VA 1-917-106; VA 1-917-108; VA 1-917-444; VA 1-933-929; VA 1-933-930; VA 1-944-793; VA 1-945-511; VA 1-945-512; VA 1-945-513; VA 1-945-514; VA 1-945-515; VA 1-945-516; VA 1-945-517; VA 1-945-518; VA 1-945-519; VA 1-945-520; VA 1-945-521; VA 1-945-524; VA 1-945-525; VA 1-945-528; VA 1-948-048; VA 1-948-050; VA 1-948-053; VA 1-948-056; VA 1-948-057; VA 1-948-065; VA 1-948-084; VA 1-948-086; VA 1-948-200; VA 1-968-922; VA 1-968-923; VA 1-968-924; VA 1-968-925 (attached as Exhibit A).  One application, entitled "2009 Photographic Illustrators Corporation's Images for Sylvania," was

filed with the Copyright Office on March 14, 2014, complete with the required deposit copy and filing fee, and remains pending (attached as Exhibit B).

15. Each of the PIC Images is a photograph of a Sylvania product that PIC created.

16. PIC retains ownership of all right, title, and interest in the copyrights for the PIC Images.

17. Before publishing the PIC Images, PIC attaches, or includes therewith, the name of the author (Paul Kevin Picone), copyright owner (P.I. Corp.), and copyright notice (collectively, "PIC Copyright Management Information"), as shown in the examples below:





18. PIC followed this practice when providing its images to Sylvania, including for the PIC Images.

19. For example, PIC provided to Sylvania the PIC Image entitled "SuperQ Group Array.TIF" with PIC Copyright Management Information attached or included therewith, as shown below. This PIC Image was registered with the Copyright Office on June 21, 2013 (Reg. No. VA 1-917-100).



20. Sylvania at least sometimes uses PIC Copyright Management Information on images authored by PIC, as shown in Exhibit C.

5

21. When Sylvania provides copies of images authored by PIC to its distributors, it at least sometimes does so with the PIC Copyright Management Information attached or included therewith, as demonstrated by the presence of the PIC Copyright Management Information on or associated with images used by those distributors in Exhibit D.

**CAPITALTRISTATE'S UNAUTHORIZED ALTERATION AND USE OF PIC IMAGES**

22. Webpages on the www.capitaltristate.com website display or displayed a partial or whole copy of the PIC Images ("Accused Images"). Examples of webpages from the CapitalTristate Website that display the Accused Images are attached as Exhibit E.

23. CapitalTristate's unauthorized use of each Accused Image began after PIC's first publication of each corresponding PIC Image (of which the Accused Images are copies).

24. The webpages on the CapitalTristate Website which display or displayed Accused Images (including those captured in Exhibit E) are or were owned and operated by CapitalTristate.

25. Webpages on the CapitalTristate Website which display or displayed Accused Images (including those captured in Exhibit E) include or included an Accused Image without the PIC Copyright Management Information.

26. For example, in the table below, the same PIC Image as shown in paragraph 19 is shown on the top left. The image on the top right, an altered copy of the PIC Image without the PIC Copyright Management Information, appears on a webpage of the CapitalTristate Website pictured in the second row.

| PIC Image | Accused Image (CapitalTristate's Infringing Copy) |
|---|---|
|  SuperQ Group Array.TIF | |
| https://www.capitaltristate.com/webapp/wcs/stores/servlet/Product2_11701_10151_88803_-1____ProductDisplayErrorView | |

27. On information and belief, CapitalTristate received or acquired the Accused Images from Trade Service Company, LLC ("Trade Service").

28. On information and belief, CapitalTristate provided and/or provides valuable consideration such as a fee to Trade Service for copies of the Accused Images.

29. Trade Service possesses copies of images authored by PIC with PIC Copyright Management Information attached, as shown in Exhibit F.

30. Thus, even though PIC provides PIC Images to Sylvania with the PIC Copyright Management Information, and even though Sylvania at least sometimes uses PIC Images with the PIC Copyright Management Information, and even though Sylvania at least sometimes distributes PIC Images with the PIC Copyright Management Information, and even though Trade Service possesses PIC Images with the PIC Copyright Management Information, CapitalTristate nevertheless displays or displayed copies of PIC Images on the CapitalTristate Website without the PIC Copyright Management Information.

31. On information and belief, CapitalTristate removed PIC Copyright Management Information from at least some of the PIC Images.

32. The captured webpages in Exhibit E include Accused Images that not only lack PIC Copyright Management Information but also include false Trade Service copyright management information (i.e., the "Trade Service" watermark) superimposed on the Accused Images, as shown in the example in the following table.



| PIC Images | CapitalTriState's Infringing Copy |
|---|---|
|  | The Trade Service watermark in the above image was manipulated to improve the visibility when printed on paper.  The watermark was selected using the marquee tool in Adobe Photoshop after which the brightness and contrast were manipulated. |

33.    On information and belief, false Trade Service copyright management information likewise appears on the Accused Images in the captured webpages in Exhibit E.

34.    On information and belief, CapitalTristate otherwise altered copies of PIC Images and used copies of the PIC images altered by Trade Service.  The PIC images were altered using image editing software, such as "Adobe Photoshop."  PIC's unique orientation of the product(s), the location of the shadows and reflections, and the pattern of the background are visible in multiple Accused Images despite CapitalTristate's and Trade Service's attempts to change PIC

Images.  Vestiges of these unique elements in PIC Images are visible in multiple Accused Images, despite unsuccessful attempts by CapitalTristate and/or Trade Service to remove them.

35. PIC did not provide any PIC Images to Trade Service.

36. PIC did not provide the Accused Images to Trade Service.

37. PIC did not provide any PIC Images to CapitalTristate.

38. PIC did not provide the Accused Images to CapitalTristate.

39. PIC never authorized CapitalTristate to use the Accused Images.

40. On information and belief, Sylvania never authorized CapitalTristate to use the Accused Images.

41. On information and belief, Sylvania never authorized Trade Service to use the Accused Images.

42. Sylvania never authorized CapitalTristate to use the Accused Images without the PIC Copyright Management Information.

43. Neither Sylvania nor Trade Service authorized CapitalTristate to use the Accused Images without the PIC Copyright Management Information.

44. Sylvania never authorized Trade Service to use the Accused Images with false copyright management information superimposed on the Accused Images.

45. Neither Sylvania nor Trade Service authorized CapitalTristate to use the Accused Images with false copyright management information superimposed on the Accused Images.

46. Sylvania never authorized Trade Service to provide the Accused Images in exchange for valuable consideration such as a fee.

47. Sylvania never authorized Capital Tristate to use the Accused Images in exchange for valuable consideration such as a fee.

48. CapitalTristate has copied, distributed, and/or used—and continues to copy, distribute, and/or use—the Accused Images, at least on its website, to advertise and sell products.

49. CapitalTristate has never been, and is not currently, licensed or otherwise authorized by PIC to copy, distribute, and/or use the Accused Images.

50. CapitalTristate has never been, and is not currently, licensed by Sylvania to copy, distribute, and/or use the Accused Images without the PIC Copyright Management Information or with false copyright management information attached and let alone to do so in exchange for valuable consideration such as a fee.

## DAMAGE TO PIC'S BUSINESS AND REPUTATION

51. PIC's photography services and images enjoy an excellent reputation and have gained great value and recognition in the marketplace.

52. For over three decades PIC has done business under the PIC name and has used the name of PIC's President, Paul Kevin Picone, in connection with PIC's services. Through PIC's longstanding practice of attaching to each published PIC Image, or including therewith, the names "P.I. Corp." and "Paul Kevin Picone," consumers have come to associate these names with high-quality photography. PIC thus has common law trademark rights in the P.I. CORP. and PAUL KEVIN PICONE marks ("PIC Marks").

53. PIC relies on the PIC Marks and Copyright Management Information that it attaches to each of its images, or includes therewith, as its primary mode of advertising. Potential customers seek out and contact PIC using this information.

54. PIC is not affiliated with CapitalTristate and has not approved CapitalTristate's use of or alterations to PIC Images.

55. By removing the PIC Marks and Copyright Management Information from the PIC Images, CapitalTristate has removed PIC's primary advertisement vector, thereby depriving PIC of business opportunities.

56. By distributing PIC Images with false Trade Service copyright management information, CapitalTristate has created a likelihood that consumers will mistakenly believe that Trade Service created the PIC Images. The application of false Trade Service copyright management information misleadingly represents to the world that Trade Service– and not PIC – is the author, source, and copyright owner of the PIC Images displayed on CapitalTristate's website.

## COUNT I
### (Copyright Infringement, 17 U.S.C. § 501)

57. PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

58. CapitalTristate has infringed PIC's copyrights in the PIC Images, in violation of 17 U.S.C. § 501, by copying, distributing, and/or using PIC Images without license or other authorization.

59. CapitalTristate's infringement has been knowing and willful.

60. CapitalTristate's infringement has damaged PIC in an amount to be proven at trial.

61. Unless stopped by an injunction, CapitalTristate will continue infringing PIC's copyrights in its PIC Images and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law. Therefore, PIC is entitled to injunctive relief.

## COUNT II
### (Integrity of Copyright Management Information, 17 U.S.C. § 1202)

62. PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

63. On information and belief, CapitalTristate intentionally removed or altered PIC Copyright Management Information for the PIC Images without PIC's authorization, and/or distributed copyright management information with knowledge that the PIC Copyright Management Information was removed or altered without PIC's authorization, in violation of 17 U.S.C. § 1202(b).

64. On information and belief, CapitalTristate's violations of 17 U.S.C. § 1202 have been knowing and willful.

65. CapitalTristate's violations of 17 U.S.C. § 1202 have damaged PIC in an amount to be proven at trial.

66. Unless stopped by an injunction, CapitalTristate's behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

## COUNT III
### (Unfair And Deceptive Trade Practices, Mass. Gen. L. ch. 93A)

67. PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

68. CapitalTristate is, and at all relevant times has been, engaged in commerce.

69. CapitalTristate's acts and/or omissions as described above (and the center of gravity of those acts and/or omissions) occurred primarily and substantially in Massachusetts.

70. CapitalTristate's acts and/or omissions as described above constitute unfair and deceptive trade practices under Mass. Gen. L. Ch. 93A.

71. CapitalTristate's unfair and deceptive trade practices impact the public interest by causing consumer confusion.

72. CapitalTristate's acts and/or omissions as described above were knowing and willful.

73. CapitalTristate's unfair and deceptive trade practices damaged PIC in an amount to be determined at trial.

74. Unless stopped by an injunction, CapitalTristate's behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law. Therefore, PIC is entitled to injunctive relief.

## RELIEF REQUESTED

WHEREFORE, PIC requests that this Court:

A. Enter judgment that the Court has jurisdiction over the parties to and subject matter of this action.

B. Enter judgment that CapitalTristate has infringed and continues to infringe PIC's copyrights in and to the PIC Images, pursuant to 17 U.S.C. § 501.

C. Permanently enjoin CapitalTristate, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with it, from further infringement of the copyrights in and to the PIC Images, pursuant to 17 U.S.C. § 502.

D. Order the recall, impounding, and destruction of all infringing copies made, used or distributed by CapitalTristate in violation of PIC's exclusive rights in and to its PIC Images (and, in the case of electronic copies, order that all such copies be deleted from the computers or other storage means on which they reside), pursuant to 17 U.S.C. § 503.

E.	Direct CapitalTristate to pay to PIC its actual damages and any additional profits realized by CapitalTristate, pursuant to 17 U.S.C. § 504.

F.	Order that, in the alternative to actual copyright damages, at PIC's election, CapitalTristate shall pay PIC statutory damages pursuant to 17 U.S.C. § 504.

G.	Enter judgment that CapitalTristate has violated and continues to violate the Digital Millennium Copyright Act in relation to the PIC Images, pursuant to 17 U.S.C. § 1202.

H.	Permanently enjoin CapitalTristate, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with it, from further violations of the Digital Millennium Copyright Act in relation to the PIC Images, pursuant to 17 U.S.C. § 1203(b)(1).

I.	Order the impounding of all devices or products in the custody or control of CapitalTristate that were involved in the violations of the Digital Millennium Copyright Act in relation to the PIC Images, pursuant to 17 U.S.C. § 1203(b)(2).

J.	Direct CapitalTristate to pay to PIC its actual damages and any additional profits realized by CapitalTristate, pursuant to 17 U.S.C. §§ 1203(b)(3), 1203(c)(1)(A), and 1203(c)(2).

K.	Order that, in the alternative to actual damages, at PIC's election, CapitalTristate shall pay PIC statutory damages pursuant to 17 U.S.C. §§ 1203(b)(3), 1203(c)(1)(B), and 1203(c)(3)(B).

L.	Enter judgment that CapitalTristate has engaged and continues to engage in unfair and deceptive trade practices in violation of Mass. Gen. L. Ch. 93A.

M.	Direct CapitalTristate to pay to PIC its damages sustained as a result of CapitalTristate's unfair and deceptive trade practices.

N. Permanently enjoin CapitalTristate, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with it, from committing further unfair and deceptive trade practices, pursuant to Mass. Gen. L. Ch. 93A.

O. Enter judgment that CapitalTristate's copyright infringements and unfair and deceptive trade practices have been knowing and willful.

P. Enter judgment that CapitalTristate's 17 U.S.C. § 1202(b) violations of the Digital Millennium Copyright Act have been knowing and intentional.

Q. Order CapitalTristate to file and serve a report in writing, and under oath, setting forth the manner and form in which it has complied with the Court's order and injunction.

R. Award PIC its legal fees and costs in prosecuting this action, pursuant to 17 U.S.C. §§ 505, 1203(b)(5); Mass. Gen. L. ch. 93A, or other applicable law.

S. Award PIC treble damages pursuant to Mass. Gen. L. Ch. 93A or other applicable law.

T. Award PIC such further relief as this Court may deem just and proper.

## JURY DEMAND

PIC hereby demands a trial by jury of all issues so triable.

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS CORPORATION,

By its counsel,

Dated: November 11, 2015        */s/ Michael N. Rader*
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
Turhan F. Sarwar, BBO # 686764
tsarwar@wolfgreenfield.com
Joshua J. Miller, BBO # 685101
jmiller@wolfgreenfield.com
Kimberly A. P. Cortes, BBO # 691406
kcortes@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
Tel:  (617) 646-8000
Fax: (617) 646-8646